IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| SKY CABLE, LLC, et al., | ) |
| | ) |
| Plaintiffs, | ) Civil Action No. 5:11cv00048 |
| | ) |
| v. | ) |
| | ) By: Michael F. Urbanski |
| RANDY COLEY, et al., | ) United States District Judge |
| | ) |
| Defendants. | ) |

## JUDGMENT ORDER

In accordance with the memorandum opinion entered this day, the court **GRANTS** DIRECTV, LLC's Motion for Judgment as a Matter of Law. (Dkt. # 215).

Judgment is **ENTERED** for DIRECTV, LLC against cross-claim defendant Randy Coley and third-party defendant East Coast Cablevision, LLC, jointly and severally, in the amount of two million, three hundred ninety-three thousand dollars ($2,393,000.00), representing 2,393 violations of 28 U.S.C. § 605(a) at the minimum statutory damage rate of $1,000 per violation. 28 U.S.C. § 605(e)(3)(C)(i)(II). As set forth in the Memorandum Opinion, there is no basis in law or fact for the court to exercise its discretion and reduce the damages in this case to a nominal amount.

Further, the court **ORDERS** that the judgment include prejudgment interest from December 14, 2009 at the federal statutory rate set forth in 28 U.S.C. § 1961, as well as postjudgment interest at the federal statutory rate.

If is so **ORDERED**.

Entered: January 23, 2014

*/s/ Michael F. Urbanski*

Michael F. Urbanski
United States District Judge