IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| SKY CABLE, LLC, et al., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>RANDY COLEY, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 5:11cv00048<br><br>By: Michael F. Urbanski<br>United States District Judge |

### ORDER

This matter was referred to the Honorable Robert S. Ballou, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B), for proposed findings of fact and a recommended disposition as to DIRECTV, LLC's application for attorney's fees and costs. On August 15, 2014, the Magistrate Judge issued a report and recommendation, recommending that DIRECTV's motion be granted and that DIRECTV be awarded Two Hundred and Thirty-Six Thousand and Thirteen and 85/100 Dollars ($236,013.85) in attorney's fees and expenses. No objections to the report have been filed, and the court is of the opinion that the report and recommendation should be adopted in its entirety. It is accordingly **ORDERED** and **ADJUDGED** that the report and recommendation (Dkt. # 235) is **ADOPTED in its entirety**; that DIRECTV's application for attorney's fees and costs (Dkt. # 227) is **GRANTED**; and that DIRECTV is awarded Two Hundred and Thirty-Six Thousand and Thirteen and 85/100 Dollars ($236,013.85) in attorney's fees and expenses.

The Clerk is directed to send a copy of this Order to counsel of record.

Entered: September 8, 2014

*/s/ Michael F. Urbanski*

Michael F. Urbanski
United States District Judge