IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| SKY CABLE, LLC, et al., | )<br>) |
| Plaintiffs, | ) Civil Action No. 5:11cv00048<br>) |
| v. | )<br>) |
| RANDY COLEY, et al., | ) By: Michael F. Urbanski<br>) United States District Judge |
| Defendants. | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion entered this date, the court **ADOPTS** the report and recommendation in its entirety (ECF No. 362), **GRANTS** judgment creditor DIRECTV's motion for a cost bond (ECF No. 337), and requires judgment debtors and appellants Randy Coley, Kimberli Coley, and Its Thundertime, LLC to furnish a bond under Rule 7 of the Federal Rules of Appellate Procedure in the amount of $75,000 within fourteen (14) days of the entry of this Order.

It is **SO ORDERED.**

Entered: 01-30-2017

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge