IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| SKY CABLE, LLC, et al., | )<br>) |
| Plaintiffs, | ) Civil Action Nos.  5:11cv00048<br>) 5:17mc00004 |
| v. | )<br>) |
| RANDY COLEY, et al., | ) By:  Michael F. Urbanski<br>) Chief United States District Judge |
| Defendants. | ) |

## ORDER

Before the court is the motion of James J. O'Keefe, counsel of record for Kimberli Coley, to withdraw as counsel (the "Motion"). ECF 382. O'Keefe represents to the court that his engagement letter with Coley was confined to appeal and excluded post-appeal representation. O'Keefe also states that Coley is currently represented by Gregory Bryant and Matthew Ceradini of the Bryant International Law & Tax Group.

Messrs. Bryant and Ceradini have not entered an appearance in this matter, however. Accordingly, the court **DENIES** the Motion. The court will entertain a properly endorsed motion for substitution of counsel.

It is **SO ORDERED**.

Entered: 09/14/2018

/s/ Michael F. Urbanski
Michael F. Urbanski
Chief United States District Judge

1